

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00899-CV

**IN RE** Jasmine **ELLIOTT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Irene Rios, Justice
     Beth Watkins, Justice
     Lori I. Valenzuela, Justice

On December 29, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay. This court granted relator's emergency motion and stayed the UCCJEA court conference and hearing scheduled for January 3, 2023, on the Motion for Temporary Emergency Jurisdiction. Additionally, this court requested responses from respondent and real party in interest.

On January 9, 2023, relator filed a first amended petition for writ of mandamus and a first amended emergency motion for stay seeking to stay all underlying trial court proceedings. Relator's First Amended Motion for Stay of Trial Court Proceedings is **GRANTED**. All proceedings in the underlying case are **STAYED** pending further order from this court.

It is so **ORDERED** on January 10, 2023.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.